UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


STEPHEN MULKEY,
       Petitioner,

                                 No. 1:07-cv-885

-v-
                           HONORABLE PAUL L. MALONEY

MARY BURGHUIS,
       Respondent.


<u>JUDGMENT</u>


Having denied the petition for writ of habeas corpus filed under 28 U.S.C. § 2254, pursuant

to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** is entered in favor of Respondent

and against Petitioner.

      **THIS ACTION IS TERMINATED.**

      **IT IS SO ORDERED.**


Date:   July 20, 2010                       /s/ Paul L. Maloney         
                                              Paul L. Maloney
                                              Chief United States District Judge